JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTTNEY ELLIOTT, | Case No. CV 22-4184 FMO (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| 9800 RUSH, LLC, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of September, 2022.

/s/
Fernando M. Olguin
United States District Judge